**Silas Hamson, Plaintiff-Appellant, v. Mervil C. Lionberger, et al., and Gerald W. Peck, Individually and as Trustee for Gertrude Irvin, Defendants-Appellees.**

Gen. No. 67–38.

Fifth District.
November 2, 1967.

Jay B. Stringer, of Mt. Vernon, for appellant; Callis, Filcoff and Gitchoff, of Granite City (John Gitchoff, of counsel), and Howard and Howard, of Mt. Vernon (G. W. Howard, III, of counsel), for appellees. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.